■ In the Matter of JAMES ODAM, Petitioner, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [6 NYS3d 510]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Michael M. Mohun, A.J.], entered Sept. 26, 2014) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Smith, Peradotto, Lindley and DeJoseph, JJ.

■ In the Matter of RICARDO RICHARDS, Petitioner, v THOMAS STICHT, Superintendent, Gowanda Correctional Facility, et al., Respondents. [6 NYS3d 511]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [M. William Boller, A.J.], entered June 17, 2014) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Smith, Peradotto, Lindley and DeJoseph, JJ.